**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES LEON DOWDY,** )<br>)<br>          Plaintiff,       )<br>)<br>     v.                )<br>)<br>**MICHAEL J. ASTRUE,**     )<br>**Commissioner of Social Security,** )<br>)<br>          Defendant.      )<br>_____) | NO. EDCV 11-1111-MAN<br><br>JUDGMENT |

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: January 31, 2013

                                   _____
                                         MARGARET A. NAGLE
                                   UNITED STATES MAGISTRATE JUDGE